**UNITED STATES of America, Appellee,**

v.

**Ramon HERNANDEZ, also known as Ramon Williams, Appellant.**

**No. 01–1274.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 5, 2001.

Filed Sept. 20, 2001.

Before WOLLMAN, Chief Judge, LOKEN and HANSEN, Circuit Judges.

PER CURIAM.

Ramon Hernandez pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C.

§ 841(a)(1), and the district court[1] sentenced him to 262 months in prison and five years of supervised release. On appeal, Hernandez's counsel filed a brief—arguing that Hernandez did not knowingly, intelligently, or voluntarily plead guilty because his trial counsel was ineffective—and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez requested the appointment of new counsel but did not file a pro se supplemental brief.

The issue Hernandez's counsel seeks to raise may not be raised on direct appeal. *See United States v. Cain*, 134 F.3d 1345, 1352 (8th Cir.1998). After reviewing the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, grant counsel's motion to withdraw, and deny Hernandez's request for new counsel.

---

1. The HONORABLE MARK W. BENNETT, Chief Judge, United States District Court for the Northern District of Iowa.